PHILLIP A. TALBERT
United States Attorney
ELLIOT C. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendant
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIRANJEET SINGH,<br><br>                Plaintiff,<br><br>v.<br><br>USCIS, ET AL.,<br><br>                Defendant. | CASE NO. 2:24-CV-01631 CSK<br><br>STIPULATION AND ORDER<br>FOR FIRST EXTENSION OF TIME |

The Defendants respectfully request a first extension of time in which to respond to the Complaint, and counsel for Plaintiff does not oppose. This case concerns Plaintiff's application for naturalization, which Plaintiff filed in July 2023. U.S. Citizenship and Immigration Services ("USCIS") anticipates that it will issue a Request for Evidence shortly and then complete the adjudication. The parties expect that these actions will render this lawsuit moot.

///

///

///

///

///

The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is December 23, 2024.  The parties further request that all other filing deadlines be similarly extended.

Respectfully submitted,

Dated:  July 31, 2024

               PHILLIP A. TALBERT
               United States Attorney

By:  /s/ ELLIOT C. WONG
     ELLIOT C. WONG
     Assistant United States Attorney

/s/ TIFFANI SHARP
TIFFANI SHARP
Counsel for Plaintiff

ORDER

It is so ordered.

Dated:  August 1, 2024

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

3, sing.1631