1  PHILLIP A. TALBERT
   United States Attorney
2  ELLIOT WONG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Defendants

7
                    IN THE UNITED STATES DISTRICT COURT
8
                       EASTERN DISTRICT OF CALIFORNIA
9

10 NIRANJEET SINGH,                    CASE NO. 2:24-CV-01631-CSK

11                Plaintiff,            STIPULATION AND ORDER FOR REMAND
                                        PURSUANT TO 8 U.S.C. § 1447(b)
12         v.

13 USCIS, ET AL.,

14                Defendants.

15

16

17     This is an immigration case in which Plaintiff alleges that Defendants have failed to make a

18 determination on his application for naturalization within 120 days as required by statute. 8 U.S.C. §

19 1447(b). The parties stipulate to a remand to U.S. Citizenship and Immigration Services with

20 instructions to adjudicate the matter within 90 days of the order of remand.

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28
                                           1

Respectfully submitted,

Dated:  August 8, 2024

PHILLIP A. TALBERT
United States Attorney

By:  /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney


/s/ TIFFANI SHARP
TIFFANI SHARP
Counsel for Plaintiff

## ORDER

This case proceeds before the undersigned based on the consent of all parties under 28 U.S.C. § 636(c). (ECF Nos. 15-17.) The parties have stipulated to a remand "with instructions to adjudicate the matter within 90 days of the order of remand." (ECF No. 13.)

Accordingly, it is hereby ORDERED that, pursuant to 8 U.S.C. § 1447(b), U.S. Citizenship and Immigration Services is ordered to adjudicate the naturalization application within 90 days.[1]

Dated:  August 13, 2024

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

3, sing.1631

---

[1] The Court notes that the proposed order submitted provides a 120-day timeline, which the Court interprets as an inadvertent error. The Court's order uses the 90-day timeline provided in the parties' stipulation. (*See* ECF No. 13 at 2.)